# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| KIMBERLY A. DADY, | Case No. CV 18-03432-AS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: March 13, 2019

                                                            /s/
                                           ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE